**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK BASNIGHT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:25-cv-00919<br><br>(SAPORITO, J.) |

**ORDER**

**AND NOW,** this 21st day of September, 2026, for the reasons explained in the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' "Motion to Dismiss and/or for Summary Judgment" (Doc. 22) is **GRANTED** to the extent that the complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6), for plaintiff's failure to state a claim upon which relief can be granted.

2. The Clerk is **DIRECTED** to close this case.

Dated: September 21, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge